PROB 12C
(6/16)

Report Date: October 18, 2022

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2022

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: James Remington     Case Number: 0980 2:22CR00033-TOR-1

Address of Offender: ███████████, Omak, Washington 98841

Name of Sentencing Judicial Officer: The Honorable Patti B. Saris, United States District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, United States District Judge

Date of Original Sentence: June 8, 1999

| | | | |
|---|---|---|---|
| Original Offense: | Escape, 18 U.S.C. § 751(a) | | |
| Original Sentence: | Prison - 27 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: | February 2, 2022 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: | February 1, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/11/2022.

On February 9, 2022, Mr. James Remington signed his conditions relative to case number 2:22CR00033-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: It is alleged that Mr. Remington violated the conditions of his supervised release, as he was untruthful with the undersigned officer on or about September 14, 2022, in response to questions about alcohol consumption on or about August 27, 2022.<br><br>On September 14, 2022, the undersigned questioned Mr. Remington about an injury he sustained and why he was questioned by law enforcement on August 27, 2022. Specifically, the undersigned inquired if Mr. Remington consumed alcohol on or about August 27, 2022, in which he replied that he had not consumed any alcohol on or about August 27, 2022. On October 17, 2022, the undersigned spoke with Mr. Remington. At that time, he stated he wanted to apologize for being dishonest to the undersigned as he did in fact consume alcohol on or about August 27, 2022. |

Prob12C
**Re: Remington, James**
**October 18, 2022**
Page 2

| | | |
|---|---|---|
| | 4 | **Standard Condition #7**: The defendant shall refrain from excessive use of alcohol. |

**Supporting Evidence**: It is alleged that Mr. Remington violated the conditions of his supervised release, as he consumed alcohol excessively on or about August 27, 2022.

On October 17, 2022, Mr. Remington admitted to consuming alcohol on or about August 27, 2022. Specifically, Mr. Remington admitted to consuming approximately 6 shots of hard alcohol.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 18, 2022

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[X] Other - *All pending violations will be addressed at the Revocation Hearing set for 10/27/2022.*

Thomas O. Rice
United States District Court
October 18, 2022
Date